[No. 21131-2-III.  Division Three.  July 17, 2003.]

ELIZABETH "COREEN" WHITE, *Respondent*, v. SEAN HAGGERTY, *Defendant*, KEVIN D. HAGGERTY, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-2-01487-8, Vic L. VanderSchoor, J., entered April 4, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21158-4-III.  Division Three.  July 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN RAIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00007-1, Kathleen M. O'Connor, J., entered May 9, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21159-2-III.  Division Three.  July 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN RAIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01976-8, Kathleen M. O'Connor, J., entered July 17, 2003. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 21230-1-III.  Division Three.  July 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ALLEN GASKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00076-3, Richard J. Schroeder, J., entered June 20, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.